## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHRISTIAN MORENO, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 1:20-cv-00500** |
| vs. | **JURY TRIAL DEMANDED** |
| SHAW ACADEMY LLC, | |
| *Defendant*. _____/ | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Christian Moreno, and Defendant, Shaw Academy LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Christian Moreno, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 31, 2020

Respectfully Submitted,

*/s/ Christopher M. Sacht*
Christopher M. Sacht
N.H. Bar No. 14792
Jonathan M. Hixon (*pro hac vice to be filed*)
Massachusetts BBO # 692420
**Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA 02110
(617) 422-0200
cms@bostonbusinesslaw.com
jmh@bostonbusinesslaw.com

Andrew J. Shamis, Esq. (*pro hac vice to be filed*)
Florida Bar No. 101754
ashamis@shamisgentile.com
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

Scott Edelsberg, Esq. (*pro hac vice to be filed*)
Florida Bar No. 0100537
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

*Counsel for Plaintiff and the Class*

By: */s/ Christopher M. Waterman*
Christopher M. Waterman, Esq
NH Bar No. 17904
Demeo LLP
200 State Street
Boston, MA 02109
T (617) 263-2600 ext. 227
F (617) 263-2300
cwaterman@DemeoLLP.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                Respectfully submitted,

                */s/ Christopher M. Sacht*
                Christopher M. Sacht
                N.H. Bar No. 14792
                Jonathan M. Hixon (*pro hac vice to be filed*)
                Massachusetts BBO # 692420
                **Hackett Feinberg P.C.**
                155 Federal Street, 9th Floor
                Boston, MA 02110
                (617) 422-0200
                cms@bostonbusinesslaw.com
                jmh@bostonbusinesslaw.com

                *Attorneys for Plaintiff and the Class*